| | |
|---|---|
| ROSEMARIE T. RING (SBN 220769)<br>  rring@gibsondunn.com<br>KRISTIN A. LINSLEY (SBN 154148)<br>  klinsley@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone: +1 (415) 393-8200 | MATTHEW P. BERGMAN<br>  matt@socialmediavictims.org<br>LAURA R. MARQUEZ-GARRETT<br>  laura@socialmediavictims.org<br>SOCIAL MEDIA VICTIMS LAW CENTER PLLC<br>821 2nd Avenue, Suite 2100<br>Seattle, WA 98104<br>Telephone: +1 (206) 741-4862 |

LAURA K. O'BOYLE (*pro hac vice* forthcoming)
  loboyle@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone: +1 (212) 351-2304

JACOB T. SPENCER (*pro hac vice* forthcoming)
  jspencer@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
Telephone: +1 (202) 887-3792

*Attorneys for Defendant Meta Platforms, Inc.*
*(additional counsel for Defendant listed on signature page)*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| ALEXIS, KATHLEEN, and JEFFREY SPENCE<br><br>                Plaintiffs,<br><br>   v.<br><br>META PLATFORMS, INC. f/k/a FACEBOOK, INC.,<br><br>                Defendant. | CASE NO. 4:22-cv-03294-HSG<br><br>**STIPULATION TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO COMPLAINT**<br><br>Judge:    Hon. Haywood S. Gilliam, Jr.<br>Courtroom: 2, 4th Floor |

# STIPULATION

Pursuant to Civil Local Rules 6-1(a) and 7-12, Plaintiff Alexis Spence, along with her parents Kathleen and Jeffrey Spence ("Plaintiff"), and Defendant Meta Platforms, Inc. ("Meta") (together, the "Parties") hereby stipulate as follows:

WHEREAS, on June 6, 2022, Plaintiff filed the Complaint in this action. ECF No. 1.

WHEREAS, on June 10, 2022, Plaintiff served Meta with the Complaint. ECF No. 15.

WHEREAS, the Parties agree to extend Meta's deadline to respond to Plaintiff's Complaint by 60 days, from July 1, 2022 until August 30, 2022.

WHEREAS, this extension will not alter the date of any event or any deadline already fixed by Court order.

**THEREFORE, the Parties hereby stipulate as follows:**

1. Meta's deadline to respond to Plaintiff's Complaint (ECF No. 1) is extended until August 30, 2022.

DATED: June 30, 2022                    GIBSON, DUNN & CRUTCHER LLP

By:   */s/ Rosemarie T. Ring*
      Rosemarie T. Ring
      *Attorneys for Meta Platforms, Inc.*

DATED: June 30, 2022                    COVINGTON & BURLING LLP

By:   */s/ Ashley M. Simonsen*
      Ashley M. Simonsen
      *Attorneys for Meta Platforms, Inc.*

ASHLEY M. SIMONSEN (SBN 275203)
   asimonsen@cov.com
COVINGTON & BURLING LLP
1999 Avenue of the Stars
Los Angeles, CA 90067-4643
Telephone: +1 (424) 332-4800

PHYLLIS A. JONES (*pro hac vice* forthcoming)
   pajones@cov.com
COVINGTON & BURLING LLP

One CityCenter, 850 10th Street NW
Washington, D.C. 20001-4956
Telephone: +1 (202) 662-6000

ISAAC D. CHAPUT (SBN 326923)
 ichaput@cov.com
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105-2533
Telephone: +1 (415) 591-6000

*Attorneys for Defendant Meta Platforms, Inc.*

DATED: June 30, 2022                SOCIAL MEDIA VICTIMS LAW CENTER


By:   */s/ Matthew P. Bergman*
      Matthew P. Bergman
      *Attorneys for Plaintiff*


**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), regarding signatures, I, Rosemarie T. Ring, attest that concurrence in the filing of the document has been obtained from each of the other signatories listed above.

      */s/ Rosemarie T. Ring*
      Rosemarie T. Ring