KRISTIN A. LINSLEY, SBN 154148
  klinsley@gibsondunn.com
ROSEMARIE T. RING, SBN 220769
  rring@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200

ASHLEY M. SIMONSEN, SBN 275203
  asimonsen@cov.com
ISAAC D. CHAPUT, SBN 326923
  ichaput@cov.com
COVINGTON & BURLING LLP
415 Mission Street, Suite 5400
San Francisco, CA 94105
Telephone:  415.591.6000

*Attorneys for Defendant Meta Platforms, Inc. f/k/a Facebook, Inc.*

Laura Marquez-Garrett, SBN 221542
  laura@socialmediavictims.org
Matthew Bergman, *pro hac vice forthcoming*
  matt@socialmediavictims.org
Glenn Draper, *pro hac vice forthcoming*
  glenn@socialmediavictims.org
SOCIAL MEDIA VICTIMS LAW CENTER PLLC
821 Second Ave., Suite 2100
Seattle, WA 98104
Telephone:  206-741-4862
Facsimile:  206-957-9549

Christopher A. Seeger, *pro hac vice forthcoming*
  cseeger@seegerweiss.com
Christopher Ayers, *pro hac vice forthcoming*
  cayers@seegerweiss.com
SEEGER WEISS LLP
55 Challenger Road
Ridgefield Park, NJ 07660
Telephone:  973-639-9100
Facsimile:  973-679-8656

Robert H. Klonoff, *pro hac vice forthcoming*
  klonoff@usa.net
2425 S.W. 76th Ave.
Portland, Oregon 97225
Telephone:  503-702-0218
Facsimile:  503-768-6671

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| ALEXIS, KATHLEEN, and JEFFREY SPENCE,<br><br>            Plaintiffs,<br>    v.<br><br>META PLATFORMS, INC. f/k/a FACEBOOK, INC.,<br><br>            Defendant. | CASE NO. 4:22-cv-03294-HSG<br><br>**STIPULATION AND ORDER TO STAY PROCEEDINGS PENDING JPML RULING**<br><br>Judge:   Hon. Haywood S. Gilliam, Jr.<br>Courtroom: 2, 4th Floor |

# STIPULATION

Pursuant to Civil Local Rule 7-12, Plaintiffs Alexis, Kathleen, and Jeffrey Spence, and Defendant Meta Platforms, Inc. (collectively, the "Parties") by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, there is a currently pending motion asking the Judicial Panel on Multidistrict Litigation (the "MDL Panel") to centralize this case with 27 other actions and to transfer the centralized actions to a different district (Mot. for Transfer and Coordination or Consolidation under 28 U.S.C. § 1407, *In re Social Media Adolescent Addiction/Personal Injury Product Liability Litigation*, MDL No. 3047 (J.P.M.L.) [the "MDL Transfer Motion"]);

WHEREAS, the Parties believe that the MDL Panel has set the MDL Transfer Motion for consideration at its next hearing session, which is scheduled for September 29, 2022;

WHEREAS, stays have already been entered in other cases pending in this District that are the subject of the MDL Transfer Motion (*See, e.g.*, Order, *Rodriguez v. Meta Platforms, Inc.*, No. 3:22-cv-00401 (N.D. Cal. Aug. 2, 2022), ECF No. 100 ["In light of the JPML proceedings, MDL No. 3047, the case is stayed pending further order."]; Order, *Heffner v. Meta Platforms, Inc.*, No. 3:22-cv-03849 (N.D. Cal. Aug. 2, 2022), ECF No. 13 [same]; Order, *Aranda v. Meta Platforms, Inc.*, No. 3:22-cv-04209 (N.D. Cal. Aug. 2, 2022), ECF No. 13 [same]; Order, *Roberts v. Meta Platforms, Inc.*, No. 4:22-cv-04210 (N.D. Cal. Aug. 15, 2022), ECF No. 22 [same]; Order, *Wuest v. Meta Platforms, Inc.*, No. 4:22-cv-04283 (N.D. Cal. Aug. 15, 2022), ECF No. 19 [same]; Order, *Martin v. Meta Platforms, Inc.*, No. 3:22-cv-04286 (N.D. Cal. Aug. 15, 2022), ECF No. 17 [same]);

WHEREAS, if the stipulation for the entry of a stay is denied or is not acted upon prior to August 30, the Parties stipulate to a revised responsive deadline for Defendant of September 29, 2022, unless the Court orders otherwise.

NOW THEREFORE, the Parties, through their undersigned counsel, hereby stipulate, agree, and respectfully request that the Court enter an Order establishing the following:

1. All proceedings and deadlines, including but not limited to the requirement for Defendant to move to dismiss, answer, or otherwise respond to the Complaint, shall be STAYED in

this action pending further order of the court following the decision of the JPML on the pending MDL Transfer Motion (MDL No. 3047);

2. In the event the JPML does not transfer this case pursuant to 28 U.S.C. § 1407, Defendant shall have 21 days from the date of the MDL Panel's decision to respond to Plaintiffs' Complaint. Should Defendant file any motion requiring a response from Plaintiffs, Plaintiffs shall have 45 days to respond to such a motion and Defendant shall have 21 days to file any reply; and

3. The Parties reserve all other rights, including but not limited to, with respect to any position taken by the Parties before the MDL Panel, Plaintiffs' ability to dismiss their claims against Defendant during the pendency of the stay, and Defendant's ability to object to issues related to service and/or jurisdiction.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: August 18, 2022        GIBSON, DUNN & CRUTCHER LLP

By:   */s/ Rosemarie T. Ring*
         Rosemarie T. Ring

*Attorneys for Defendant*

Dated: August 18, 2022        COVINGTON & BURLING LLP

By:   */s/ Ashley M. Simonsen*
         Ashley M. Simonsen

*Attorneys for Defendant*

Dated: August 18, 2022        SOCIAL MEDIA VICTIMS LAW CENTER

By:   */s/ Matthew P. Bergman*
         Matthew P. Bergman

*Attorneys for Plaintiffs*

# ATTORNEY ATTESTATION

I, Rosemarie T. Ring, hereby attest that concurrence in the filing of this document has been obtained from the above signatories.

By: <u>    /s/ Rosemarie T. Ring    </u>
Rosemarie T. Ring

# ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  <u>   8/19/2022   </u>           <u>    /s/ Haywood S. Gilliam, Jr.    </u>
THE HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE